387 A.2d 924

Ober v. Ober, Appellant.

Argued November 17, 1977.  Paul R. Ober, in propria persona, with him Edelman, Saylor, Readinger & Poore, for appellant;  Eugene J. Brew, Jr., with him Dale & Brew, for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

387 A.2d 924

Olshen Overseas, Inc. v. Harper, Appellant, et ux.
Appeal of Robert B. Harper, t/d/b/a Pittsburgh
Wholesale Hardware.

Argued November 22, 1977.  John M. Baginski, with him Wayman, Irvin, Trushel & McAuley, for appellant;  William C. Bartley, with him Bartley, Kratzenberg & Shields, for appellee.

Order affirmed.

HOFFMAN, J., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.